B1 (Official Form 1) (4/10)

**United States Bankruptcy Court**
**CENTRAL DISTRICT OF CALIFORNIA**

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**FASTEEL CORPORATION** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): 33-0954480 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1834 S. Lewis Street, Anaheim, California<br>ZIP CODE 92805 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Orange | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [x] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Fasteel Corporation |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years *(If more than two, attach additional sheet.)* |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor *(If more than one, attach additional sheet.)* |||
|---|---|---|
| Name of Debtor: MMFX Technologies Corporation | Case Number: TBD | Date Filed: December 13, 2010 |
| District: Central District of California | Relationship: Parent | Judge: TBD |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ |
| ☐ Exhibit A is attached and made a part of this petition. | Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box.)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).


American LegalNet, Inc.
www.FormsWorkFlow.com

B1 (Official Form) 1 (4/10)                                                                                                    Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):

Fasteel Corporation

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ Ori Katz
Signature of Attorney for Debtor(s)
Ori Katz
Printed Name of Attorney for Debtor(s)
Sheppard Mullin Richter & Hampton LLP
Firm Name
Four Embarcadero Center, Seventeenth Floor
San Francisco, CA 94111
Address
Ph: 415.774.3238; Fax: 415.434.3947

_____
Telephone Number
December 13, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Michael W. Pompay
Signature of Authorized Individual
Michael W. Pompay
Printed Name of Authorized Individual
Corporate Secretary
Title of Authorized Individual
December 13, 2010
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

American LegalNet, Inc.
www.FormsWorkflow.com

## CONTINUATION PAGE

## PENDING BANKRUPTCY CASES OF AFFILIATES

| Name of Debtor: | MMFX Steel Corporation of America |
|---|---|
| Case Number: | To Be Determined |
| Date Filed: | December 13, 2010 |
| District: | Central District of California |
| Relationship: | |
| Judge: | To Be Determined |

| Name of Debtor: | MMFX Canadian Holdings, Inc. |
|---|---|
| Case Number: | 8:10-bk-10083-RK |
| Date Filed: | January 5, 2010 |
| District: | Central District of California |
| Relationship: | |
| Judge: | Robert Kwan |

| Name of Debtor: | MMFX International Holdings, Inc. |
|---|---|
| Case Number: | 8:10-bk-10085-RK |
| Date Filed: | January 5, 2010 |
| District: | Central District of California |
| Relationship: | |
| Judge: | Robert Kwan |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Central District Of California

In re Fasteel Corporation,  
              Debtor

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidaated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fourth Third LLC<br>375 Park Avenue, Suite 3304<br>New York, NY 10152 | Fourth Third LLC<br>375 Park Avenue, Suite 3304<br>New York, NY 10152 | loan claim | disputed | 37,200,000.00 |
| AT&T<br>Payment Center<br>Sacramento, CA 95887 | AT&T<br>Payment Center<br>Sacramento, CA 95887 | trade debt | | |
| AT&T<br>PO Box 105068<br>Atlanta, GA 30348 | AT&T<br>PO Box 105068<br>Atlanta, GA 30348 | trade debt | | |
| AT&T Mobility<br>PO Box 60017<br>Los Angeles, CA 90060 | AT&T Mobility<br>PO Box 60017<br>Los Angeles, CA 90060 | trade debt | | |
| The Gas Company<br>PO Box C<br>Monterey Park, CA 91756 | The Gas Company<br>PO Box C<br>Monterey Park, CA 91756 | trade debt | | |
| L&W Properties<br>9771 Overhill Drive<br>Santa Ana, CA 92705 | L&W Properties<br>9771 Overhill Drive<br>Santa Ana, CA 92705 | trade debt | | |
| Minuteman<br>PO Box 942<br>Trabuco Canyon, CA 92678 | Minuteman<br>PO Box 942<br>Trabuco Canyon, CA 92678 | trade debt | | |

*[Declaration as in Form 2]*

American LegalNet, Inc.  
www.USCourtForms.com

| City of Anaheim<br>201 S. Anaheim Blvd.<br>Suite 300<br>Anaheim, CA 92805 | City of Anaheim<br>201 S. Anaheim Blvd.<br>Suite 300<br>Anaheim, CA 92805 | trade debt |

Date: December 13, 2010

_____
Debtor

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

### (In re Fasteel Corporation)

I, the Corporate Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge and belief.

Date: December 13, 2010         Signature: /s/ Michael W. Pompay

Michael W. Pompay

Corporate Secretary

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# CERTIFICATE OF RESOLUTIONS OF THE BOARD OF DIRECTORS
## OF
## FASTEEL CORPORATION

The board of directors (the "**Board**") of Fasteel Corporation, a California corporation (the "**Corporation**"), met at 5:00 PM (pacific), on December 13, 2010, at its offices located at 2415 Campus Drive, Suite 100, Irvine, CA. Among other matters of discussion during the meeting, the Board made the following resolutions.

WHEREAS, the Board believes it is in the best interest of the Corporation, its shareholders, its creditors and other interested parties, that the Corporation be authorized and empowered to file a voluntary petition for relief (the "**Petition**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Central District of California (the "**Bankruptcy Court**") for the purpose of initiating a bankruptcy case (the "**Bankruptcy Case**") for the Corporation, restructuring its financial affairs and for all lawful purposes under the Bankruptcy Code;

NOW THEREFORE, BE IT RESOLVED, that each of the following officers of the Corporation, Michael W. Pompay and Mark Ashdown (each, an "**Authorized Officer**" and collectively, the "**Authorized Officers**"), acting alone or together, be, and each is hereby authorized, empowered and directed on behalf of, and in the name of, the Corporation (i) to execute and verify the Petition as well as any other ancillary documents and to cause the Petition to be filed with the Bankruptcy Court, and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that each of the Authorized Officers, acting alone or together, is hereby designated as the individual with primary and sole responsibility for handling matters in the Bankruptcy Case;

FURTHER RESOLVED, that each of the Authorized Officers, acting alone or together, is, authorized, directed and empowered, on behalf of and in the name of the Corporation to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers and documents necessary or desirable in connection with the Bankruptcy Case any and all action deemed necessary, proper, or desirable in connection with the Bankruptcy Case, with a view to the successful prosecution of the case;

FURTHER RESOLVED, that each of the Authorized Officers, acting alone or together, is hereby authorized to appear in all bankruptcy proceedings on behalf of the Corporation, to otherwise do and perform all acts and deeds, and to execute and deliver all necessary documents on behalf of the Corporation and in connection with the Bankruptcy Case, in order to perform and fulfill the duties and responsibilities of a debtor-in-possession under the Bankruptcy Code;

FURTHER RESOLVED, that each of the Authorized Officers, acting alone or together, is hereby authorized and directed to employ the law firm of Sheppard, Mullin, Richter & Hampton LLP, 650 Town Center Drive, Fourth Floor, Costa Mesa, CA 92626, to represent the Corporation as counsel in the Bankruptcy Case, in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court; and

In witness thereof, I, the undersigned, attest that the foregoing is true and accurate to the best of my knowledge and belief.

*[signature]*

Michael W. Pompay
Corporate Secretary

Verification of Creditor Mailing List - (Rev. 10/05)                                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-1(d)

Name: Ori Katz (Cal. Bar No. 209561)
Sheppard Mullin Richter & Hampton LLP

Address: Four Embarcadero Center, Seventeenth Floor
San Francisco, California 94111

Telephone: Ph: (415) 434-9100
Fax: (415) 434-3947

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names used by Debtor(s) within last 8 years): | Case No.: |
|---|---|
| Fasteel Corporation | Chapter: 11 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 5 sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-1(d) and I/we assume all responsibility for errors and omissions.

Date: December 13, 2010

Debtor
Michael W. Pompay, Corporate Secretary, Fasteel Corporation

Attorney (if applicable)                    Joint Debtor

American LegalNet, Inc.
www.USCourtForms.com

Fasteel Corporation
1834 S. Lewis Street
Anaheim, California 92805


Ori Katz, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Fl
San Francisco, CA 94111


Office of the United States Trustee
411 W Fourth Street, Suite 9041
Santa Ana, CA 92701-8000

Fourth Third LLC
375 Park Avenue, Suite 3304
New York, NY 10152


Investment Funding Incorporated
10940 S Parker Road
PO Box 323
Parker, CO 80134


State of Ohio
Department of Taxation
PO Box 182101
Columbus, OH 43218


State of New Jersey
Revenue Processing Center
PO Box 193
Trenton, NJ 08646


State of New Mexico
Taxation & Revenue Department
PO Box 25127
Santa Fe, NM 875054


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0125


Washington State Department of Revenue
PO Box 14699
Seattle, WA 98124

Department of Labor & Industries
PO Box 34022
Seattle, WA 98124


Arizona Department of Revenue
PO Box 29079
Phoenix, AZ 85038-9079


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


State Board of Equalization
3737 Main Street Suite 1000
Riverside, CA 92501-3395


Comptroller of Public Accounts
PO Box 149354
Austin, TX 78714-9354


Nebraska Department of Revenue
PO Box 98923
Lincoln, NE 68509-8923


Sales and Use Tax Division
Policy Services and Taxpayer Programs
Mail Station 6330
Saint Paul, MN 55146-6330


State of Nevada - Sales/Use
PO Box 52609
Phoenix, AZ 85072-2609

Duval County Property Appraiser
231 East Forsyth Street Room 270
Jacksonville, FL 32202-3373


Officer of the Assessor
Civic Center Plaza Building 11
PO Box 1949
Santa Ana, CA 92702-1949


County of San Bernardino
1272 West 3rd Street 1st Floor
San Bernardino, CA 92415-0360


State Board of Equalization
Environmental Fees Division
PO Box 942879
Sacramento, CA 94279-6029


Denton Central Appraisal District
3901 Morse Street
PO Box 50764
Denton, TX 76206


Daniel L Brick
144 South Waterwheel Way
Orange, CA 92869


City of Anaheim
201 S. Anaheim Blvd
Suite 300
Anaheim, CA 92805

AT&T
Payment Center
Sacramento, CA 95887

AT&T
PO Box 105068
Atlanta, GA 30348

AT&T Mobility
PO Box 60017
Los Angeles, CA 90060

The Gas Company
PO Box C
Monterey Park, CA 91756

L&W Properties
9771 Overhill Drive
Santa Ana, CA 92705

Minuteman
PO Box 942
Trabuco Canyon, CA 92678

L&W Properties
9771 Overhill Drive
Santa Ana, CA 92705

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ori Katz<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br><br>☒ Attorney for: Fasteel Corporation | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Fasteel Corporation<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

☒ Petition, statement of affairs, schedules or lists — Date Filed: 12/13/10
☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: _____
☐ Other: _____ — Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____    December 13, 2010
Signature of Authorized Signatory of Filing Party    Date

Michael W. Pompay
Printed Name of Authorized Signatory of Filing Party

Corporate Secretary
Title of Authorized Signatory of Filing Party

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____    December 13, 2010
Signature of Attorney for Filing Party    Date

Ori Katz
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

American LegalNet, Inc.
www.FormsWorkflow.com

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

See attached continuation page.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at December 13, 2010, California.

Debtor
Michael W. Pompay, Corporate Secretary, Fasteel Corporation

Dated _____

Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

F 1015-2.1

January 2009

American LegalNet, Inc.
www.FormsWorkflow.com

Main Document    Page 17 of 17

In re Fasteel Corporation
Statement of Related Cases
3. Continuation Page

### Related Case 1

| Name of Debtor: | MMFX Canadian Holdings, Inc. |
|---|---|
| Case Number: | 8:10-bk-10083-RK |
| District/Division: | Central District of California |
| Judge: | Hon. Robert Kwan |
| Status: | Pending |
| Manner Related: | Affiliate |
| Real Property Related: | None |

### Related Case 2

| Name of Debtor: | MMFX International Holdings, Inc. |
|---|---|
| Case Number: | 8:10-bk-10085-RK |
| District/Division: | Central District of California |
| Judge: | Hon. Robert Kwan |
| Status: | Pending |
| Manner Related: | Affiliate |
| Real Property Related: | None |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 1015-2.1

American LegalNet, Inc.
www.FormsWorkflow.com