B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Fasteel Corporation**

_____
Debtor

Case No.  **8:10-bk-27570-RK**

Chapter  **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 4,667.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 11 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 4,667.63 | |

B6A (Official Form 6A) (12/07)

In re    **Fasteel Corporation**                                                     Case No.  __8:10-bk-27570-RK__
_____
                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|
| | | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Fasteel Corporation**                                   Case No.    **8:10-bk-27570-RK**
                                           Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Pre-filing frozen general disbursement account Wells Fargo Bank 211 Michelson Drive, Suite 200 Irvine, CA 92612** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Insurance for US property with Zurich-American Guaranty and Liability Insurance Company (PPR9380332-01) 2/1/2010 - 2/1/2011 No cash or surrender value** | - | 0.00 |
| | | | **General liability insurance Business automobile Lockton Companies LLC (GLA9381194-2) No cash or surrender value** | - | 0.00 |
| | | | Sub-Total > (Total of this page) | | 0.00 |

_3_   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Fasteel Corporation**                                                    Case No.    **8:10-bk-27570-RK**
_____                                    _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Workers Compensation Insurance (WC33-0821866) Lockton Companies LLC No cash or surrender value | - | 0.00 |
| | | Commercial umbrella liability insurance (UMB 981196 01) Lockton Companies LLC No cash or surrender value | - | 0.00 |
| | | Directors, Officers and Private Company Liability Insurance Policy (02-420-35-25) National Union Fire Insurance Co. Of Pittsburgh, Pa. No cash or surrender value | - | 0.00 |
| | | Excess Directors & Officers Liability Insurance (0304-7568) Allied World Assurance Co. No cash or surrender value | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >                     0.00
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Fasteel Corporation**                                    Case No.   **8:10-bk-27570-RK**
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See attached Exhibit B25, B28 & B29** | - | **Unknown** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Fasteel Corporation**                                                              Case No.   **8:10-bk-27570-RK**
                                                    ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **See attached Exhibit B25, B28 & B29** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached Exhibit B25, B28 & B29** | - | **Unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Equipment (Dyno Room Equip and Dynomometer - shown as #6 and #13 at Exhibit B25, B26 & B29) held at prior location at 1832 S. Lewis St, Anaheim, CA 92805** | - | **Unknown** |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 0.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Fasteel Corporation**                                         Case No.   **8:10-bk-27570-RK**
                                    _____
                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**   continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    **Fasteel Corporation**                                                                Case No.    **8:10-bk-27570-RK**
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**      continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Fasteel Corporation**                                        Case No.   **8:10-bk-27570-RK**
—————————————————————————————————————
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Acct.# 105849665** | | | **Utilities** | | | | |
| **AT & T Mobility** **PO Box 60017** **Los Angeles, CA 90060** | - | | | | | | 191.33 |
| Account No. **Acct.# 714-385-1100-033-9** | | | **Utilities** | | | | |
| **AT&T** **Payment Center** **Sacramento, CA 95887** | - | | | | | | 95.08 |
| Account No. **Acct.# 714634-4403 029 4** | | | **Utilities** | | | | |
| **AT&T** **Payment Center** **Sacramento, CA 95887** | - | | | | | | 128.27 |
| Account No. | | | | | | | |
| **CA Secretary of State** **1500 11th Street** **Sacramento, CA 95814** | - | | | | | | 25.00 |
| | | | | Subtotal (Total of this page) | | | 439.68 |

  1    continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    S/N:28391-110104    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Fasteel Corporation**                                                                    Case No.   **8:10-bk-27570-RK**
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | - | | | | | | | |
| **City of Anaheim** **Division of Collections** **201 S. Anaheim Blvd.** **Suite 300** **Anaheim, CA 92805** | | | | | | | | | **82.84** |
| Account No. | | - | | | May 2008 Guaranty of $55 million loan | | | | |
| **Fourth Third LLC** **375 Park Avenue** **Suite 3304** **New York, NY 10152** | X | | | | | X | X | X | **Unknown** |
| Account No. | | - | | | Rent | | | | |
| **L & W Properties** **9771 Overhill Drive** **Santa Ana, CA 92705** | | | | | | | | | **3,987.00** |
| Account No. | | - | | | Utilities | | | | |
| **Minuteman** **PO Box 942** **Trabuco Canyon, CA 92678** | | | | | | | | | **104.85** |
| Account No. | | - | | | Utilities | | | | |
| **The Gas Company** **PO Box C** **Monterey Park, CA 91756** | | | | | | | | | **53.26** |

Sheet no. __1__ of __1__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 4,227.95 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 4,667.63 |

B6G (Official Form 6G) (12/07)

In re    **Fasteel Corporation**                                        ,    Case No.    **8:10-bk-27570-RK**

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **L & W Properties**<br>**9771 Overhill Drive**<br>**attn: Carol Wheeler**<br>**Santa Ana, CA 92705** | **Non-residential month-to-month lease of real property located at 1834 S. Lewis Street, Anaheim, CA 92805** |

      **0**
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Fasteel Corporation**                                                                    Case No.    **8:10-bk-27570-RK**
                                                                                    ,
                                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **MMFX Canadian Holdings, Inc.**<br>**2415 Campus Drive**<br>**Suite 100**<br>**Irvine, CA 92612**<br>    Guarantor | **Fourth Third LLC**<br>**375 Park Avenue**<br>**Suite 3304**<br>**New York, NY 10152** |
| **MMFX International Holdings, Inc.**<br>**2415 Campus Drive**<br>**Suite 100**<br>**Irvine, CA 92612**<br>    Guarantor | **Fourth Third LLC**<br>**375 Park Avenue**<br>**Suite 3304**<br>**New York, NY 10152** |
| **MMFX Steel Corporation of America**<br>**2415 Campus Drive**<br>**Suite 100**<br>**Irvine, CA 92612**<br>    Guarantor | **Fourth Third LLC**<br>**375 Park Avenue**<br>**Suite 3304**<br>**New York, NY 10152** |
| **MMFX Steel of Canada, Inc.**<br>**2415 Campus Drive**<br>**Suite 100**<br>**Irvine, CA 92612**<br>    Borrower | **Fourth Third LLC**<br>**375 Park Avenue**<br>**Suite 3304**<br>**New York, NY 10152** |
| **MMFX Technologies Corporation**<br>**2415 Campus Drive**<br>**Suite 100**<br>**Irvine, CA 92612**<br>    Guarantor | **Fourth Third LLC**<br>**375 Park Avenue**<br>**Suite 3304**<br>**New York, NY 10152** |
| **ST Equipment Inc.**<br>**2415 Campus Drive**<br>**Suite 100**<br>**Irvine, CA 92612**<br>    Borrower | **Fourth Third LLC**<br>**375 Park Avenue**<br>**Suite 3304**<br>**New York, NY 10152** |
| **ST Welland Real Estate Inc.**<br>**2415 Campus Drive**<br>**Suite 100**<br>**Irvine, CA 92612**<br>    Borrower | **Fourth Third LLC**<br>**375 Park Avenue**<br>**Suite 3304**<br>**New York, NY 10152** |

0
    continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Fasteel Corporation**                                                    Case No.   **8:10-bk-27570-RK**
                                                    Debtor(s)          Chapter   **11**


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I, the of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**13**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date   **January 17, 2011**                          Signature   _Michael W Ampay_
                                                                   Michael W Ampay
                                                                   Corporate Secretary

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# EXHIBIT B25, B28 & 29

## EXHIBIT B25, B28 & B29

Fasteel Corporation
Fixed Assets

| Class | Description | Location |
|-------|-------------|----------|
| CE | Computer Equipment | Anaheim |
| FF | Furniture, Fixture & Equip. | Anaheim |
| VE | Production Equipment & Vehicle | Anaheim |

## Fasteel Corporation
### Net Book Value Report

Book = Internal
FYE Month = December

| Sys No. | Ext. | Co Asset No. | Description | In-Svc Date | Depr Meth | Rem Life | Basis | (+) Salvage Value | Thru Date | Current Accum Depreciation | (=) Net Book Value | Pct Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class = CE** | | | | | | | | | | | | |
| 000018 | 000 | 18 | Cust Cam Software | 08/21/01 | SL/MM | 00 00 | $ 2,158.00 | $ 0.00 | 12/31/10 | $ 2,158.00 | $ 0.00 | 100.00% |
| 000019 | 000 | 19 | Computer | 11/30/04 | SL/MM | 00 00 | 2,321.98 | 0.00 | 12/31/10 | 2,321.98 | 0.00 | 100.00% |
| 000028 | 000 | 28 | Sony DSR-11 Prof | 01/02/06 | SL/MM | 00 00 | 1,777.88 | 0.00 | 12/31/10 | 1,777.88 | 0.00 | 100.00% |
| 000032 | 000 | 32 | Apple MacBook w | 06/01/06 | SL/MM | 00 00 | 4,808.26 | 0.00 | 12/31/10 | 4,808.26 | 0.00 | 100.00% |
| 000033 | 000 | 33 | Adobe - VIDEO St | 06/01/06 | SL/MM | 00 00 | 1,114.24 | 0.00 | 12/31/10 | 1,114.24 | 0.00 | 100.00% |
| 000034 | 000 | 34 | Sony HD Video C | 08/15/07 | SL/MM | 00 00 | 2,349.99 | 0.00 | 12/31/10 | 2,349.99 | 0.00 | 100.00% |
| | | | | | | | | | | | | |
| | | | Less disposals and transfers | | | Count = 0 | 0.00 | | | 0.00 | 0.00 | 0.00% |
| | | | **Class = CE** Net Subtotal | | | | $ 14,530.35 | $ 0.00 | | $ 14,530.35 | $ 0.00 | 100.00% |
| | | | | | | Count = 6 | | | | | | |
| **Class = FF** | | | | | | | | | | | | |
| 000001 | 000 | 1 | Semi-automatic Si | 11/16/00 | SL/MM | 00 00 | $ 1,885.63 | $ 0.00 | 12/31/10 | $ 1,885.63 | $ 0.00 | 100.00% |
| 000002 | 000 | 2 | Rumi | 02/05/01 | SL/MM | 00 00 | 4,000.00 | 0.00 | 12/31/10 | 4,000.00 | 0.00 | 100.00% |
| 000003 | 000 | 3 | Granite Table | 02/05/01 | SL/MM | 06 00 | 2,000.00 | 0.00 | 12/31/10 | 2,000.00 | 0.00 | 100.00% |
| 000004 | 000 | 4 | Schead & Brake | 02/05/01 | SL/MM | 00 00 | 5,353.50 | 0.00 | 12/31/10 | 5,353.50 | 0.00 | 100.00% |
| 000005 | 000 | 5 | Sewi Robot | 02/08/01 | SL/MM | 00 00 | 1,611.84 | 0.00 | 12/31/10 | 1,517.84 | 55.53 | 95.24% |
| 000006 | 000 | 6 | Dyno Room Equip | 02/08/04 | SL/MM | 00 01 | 1,925.00 | 0.00 | 02/28/09 | 1,925.00 | 0.00 | 100.00% |
| 000007 | 000 | 7 | Forklift & vertical | 02/28/01 | SL/MM | 00 00 | 6,750.00 | 0.00 | 12/31/10 | 6,750.00 | 0.00 | 100.00% |
| 000008 | 000 | 8 | Lathe & Hoist | 03/12/01 | SL/MM | 00 00 | 3,000.00 | 0.00 | 12/31/10 | 3,000.00 | 0.00 | 100.00% |
| 000029 | 000 | 29 | Shibaura | 03/12/01 | SL/MM | 00 00 | 4,955.63 | 0.00 | 12/31/10 | 4,955.63 | 0.00 | 100.00% |
| 000010 | 000 | 10 | Lathe | 03/19/01 | SL/MM | 06 01 | 3,753.22 | 0.00 | 12/31/10 | 3,709.62 | 44.70 | 98.81% |
| 000011 | 000 | 11 | Welding machine | 04/12/01 | SL/MM | 00 00 | 1,191.33 | 0.00 | 12/31/10 | 1,191.33 | 0.00 | 100.00% |
| 000012 | 000 | 12 | Unknown Equipm | 07/27/01 | SL/MM | 00 00 | 35,000.00 | 0.00 | 12/31/10 | 33,333.34 | 1,666.66 | 95.24% |
| 000013 | 000 | 13 | Dynamometer | 09/04/01 | SL/MM | 00 03 | 1,167.00 | 0.00 | 12/31/10 | 1,111.47 | 55.53 | 95.24% |
| 000014 | 000 | 14 | Sail Fog Testing/H | 04/01/04 | SL/MM | 00 98 | 2,086.80 | 0.00 | 12/31/10 | 1,511.96 | 173.82 | 91.67% |
| 000015 | 000 | 15 | Sail Fog Machine | 07/28/04 | SL/MM | 00 98 | 2,955.00 | 0.00 | 12/31/10 | 1,955.00 | 0.00 | 90.48% |
| 000016 | 000 | 16 | Pizza Oven | 08/30/04 | SL/MM | 00 10 | 2,255.00 | 0.00 | 12/31/10 | 25,832.76 | 3,892.59 | 85.90% |
| 000017 | 000 | 17 | Shibaura Machine | 11/03/04 | SL/MM | 00 10 | 29,775.28 | 0.00 | 12/31/10 | 1,361.55 | 243.31 | 84.32% |
| 000023 | 000 | 23 | Pressure Washer | 02/01/05 | SL/MM | 01 01 | 1,361.55 | 0.00 | 12/31/10 | 6,784.19 | 1,596.28 | 80.95% |
| 000024 | 000 | 24 | Shibaura Machine | 02/25/05 | SL/MM | 01 04 | 9,380.47 | 0.00 | 12/31/10 | 2,655.29 | 577.21 | 82.14% |
| 000025 | 000 | 25 | Furnaces (3) | 04/05/05 | SL/MM | 01 03 | 3,232.50 | 0.00 | 12/31/10 | 962.21 | 210.27 | 82.14% |
| 000026 | 000 | 26 | Projector | 04/12/05 | SL/MM | 01 03 | 1,177.48 | 0.00 | 12/31/10 | 424.68 | 251.28 | 78.57% |
| 000027 | 000 | 27 | Shibaura CNC Ma | 07/01/05 | SL/MM | 01 06 | 5,605.96 | 0.00 | 12/31/10 | 2,415.69 | 773.51 | 76.19% |
| 000029 | 000 | 29 | Shibaura Design I | 09/01/05 | SL/MM | 01 08 | 1,325.50 | 0.00 | 12/31/10 | 903.68 | 251.15 | 76.19% |
| 000030 | 000 | 30 | Saw Tool | 09/08/05 | SL/MM | 01 08 | 1,054.82 | 0.00 | 12/31/10 | 8,199.99 | 4,100.01 | 66.67% |
| 000031 | 000 | 31 | Programable Feld | 04/17/06 | SL/MM | 01 04 | 2,000.00 | 0.00 | 12/31/10 | 523.82 | 1,476.18 | 26.19% |
| 000005 | 000 | 35 | 21" Lathe | 03/12/09 | ItemWT | 06 02 | | 0.00 | 12/31/10 | | | |
| | | | | | | | | | | | | |
| | | | **Class = FF** Net Subtotal | | | | $ 145,868.54 | $ 0.00 | | $ 129,389.54 | $ 15,478.90 | 88.55% |
| | | | Less disposals and transfers | | | Count = 1 | (1,925.00) | | | (1,925.00) | 0.00 | |
| | | | | | | Count = 25 | $ 143,943.54 | $ 0.00 | | $ 127,464.64 | $ 16,478.90 | |
| **Class = VE** | | | | | | | | | | | | |
| 000020 | 000 | 20 | Truck | 01/03/01 | SL/MM | 00 00 | $ 6,995.00 | $ 0.00 | 12/31/10 | $ 6,995.00 | $ 0.00 | 100.00% |
| 000021 | 000 | 21 | Truck | 03/17/04 | SL/MM | 00 00 | 750.00 | 0.00 | 12/31/10 | 750.00 | 0.00 | 100.00% |
| 000022 | 000 | 22 | Truck | 03/17/04 | SL/MM | 03 00 | 1,000.00 | 0.00 | 12/31/10 | 1,000.00 | 0.00 | 100.00% |
| 000036 | 000 | 36 | Forklift - Toyota | 01/27/09 | ItemWT | 03 06 | 9,543.93 | 0.00 | 12/31/10 | 3,857.46 | 5,786.17 | 40.95% |

## Fasteel Corporation
### Net Book Value Report

Book = Internal
FYE Month = December

| Sys No | Ext | Co Asset No | Description | In Svc Date | Depr Meth | Rem Life | Basis | (+) Salvage Value | Thru Date | (-) Current Accum Depreciation | (=) Net Book Value | Pct Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class = VE** | | | | | | | | | | | | |
| 000037 | 060 | 37 | Forklift - Nissan | 01/27/09 | Rem'VI | 03.00 | 9,643.62 | 0.00 | 12/31/10 | 3,857.45 | 5,786.17 | 40.00% |
| | | | **Class = VE** | | | | $ 28,332.25 | $ 0.00 | | $ 16,459.91 | $ 11,572.34 | 58.72% |
| | | | Less disposals and transfers | | | | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00% |
| | | | Count = 0 | | | | | | | | | |
| | | | **Net Subtotal** | | | | $ 28,332.25 | $ 0.00 | | $ 16,459.91 | $ 11,572.34 | 59.72% |
| | | | Count = 5 | | | | | | | | | |
| | | | **Grand Total** | | | | $ 188,431.14 | $ 0.00 | | $ 160,379.90 | $ 28,051.24 | 85.11% |
| | | | Less disposals and transfers | | | | (1,925.00) | 0.00 | | (1,925.00) | 0.00 | 100.00% |
| | | | Count = 1 | | | | | | | | | |
| | | | **Net Grand Total** | | | | $ 186,506.14 | $ 0.00 | | $ 198,454.90 | $ 28,051.24 | 84.96% |
| | | | Count = 36 | | | | | | | | | |

### Report Assumptions

Report Name: Net Book Value
Source Report: <Standard Report>

Calculation Assumptions:
Include Sec 168 Allowance & Sec 179: No

Group/Sorting Criteria:
Group = All FAS Assets
Include Assets that meet the following conditions:
All FAS Assets
Sorted by: Class (with subtotals), System No, Extension

**EXHIBIT B25, B28 & 29**

## EXHIBIT B25, B28 & B29

**Fasteel Corporation**
**Fixed Assets**

| Class | Description | Location |
|-------|-------------|----------|
| CE | Computer Equipment | Anaheim |
| FF | Furniture, Fixture & Equip. | Anaheim |
| VE | Production Equipment & Vehicle | Anaheim |

# Fasteel Corporation
## Net Book Value Report

Book = Internal
FYE Month = December

| Sys No | Ext | Co Asset No | Description | In Svc Date | Depr Meth | Rem Life | Basis | (+) Salvage Value | Thru Date | (-) Current Accum Depreciation | (=) Net Book Value | Pct Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class = CE** | | | | | | | | | | | | |
| 000018 | 000 | 18 | Carl Cam Software | 08/21/01 | SLMM | 00 00 | $ 2,158.00 | $ 0.00 | 12/31/10 | $ 2,158.00 | $ 0.00 | 100.00% |
| 000019 | 000 | 19 | Computer | 11/30/04 | SLMM | 00 00 | 2,321.98 | 0.00 | 12/31/10 | 2,321.98 | 0.00 | 100.00% |
| 000028 | 000 | 28 | Sony DSR-11 Prof | 07/07/05 | SLMM | 00 00 | 1,777.88 | 0.00 | 12/31/10 | 1,777.88 | 0.00 | 100.00% |
| 000032 | 000 | 32 | Apple MacBook w | 05/01/06 | SLMM | 00 00 | 4,808.26 | 0.00 | 12/31/10 | 4,808.26 | 0.00 | 100.00% |
| 000033 | 000 | 33 | Adobe - VDED St | 06/01/06 | SLMM | 00 00 | 1,114.24 | 0.00 | 12/31/10 | 1,114.24 | 0.00 | 100.00% |
| 000034 | 000 | 34 | Sony HD Video Ca | 06/15/07 | SLMM | 00 00 | 2,349.99 | 0.00 | 12/31/10 | 2,349.99 | 0.00 | 100.00% |
| | | | | | | | **Class = CE** | | | | | |
| | | | Less disposals and transfers | | | | | | | | | |
| | | | Count = 0 | | | | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00% |
| | | | | | | | $ 14,530.35 | $ 0.00 | | $ 14,530.35 | $ 0.00 | 100.00% |
| | | | Net Subtotal | | | | | | | | | |
| | | | Count = 6 | | | | $ 14,530.35 | | | $ 14,530.35 | $ 0.00 | |
| **Class = FF** | | | | | | | | | | | | |
| 000001 | 000 | 1 | Semi-automatic S | 11/16/00 | SLMM | 00 00 | $ 1,885.63 | $ 0.00 | 12/31/10 | $ 1,885.63 | $ 0.00 | 100.00% |
| 000002 | 000 | 2 | Rand | 02/05/01 | SLMM | 00 00 | 4,000.00 | 0.00 | 12/31/10 | 4,000.00 | 0.00 | 100.00% |
| 000003 | 000 | 3 | Granite Table | 02/05/01 | SLMM | 00 00 | 2,000.00 | 0.00 | 12/31/10 | 2,000.00 | 0.00 | 100.00% |
| 000004 | 000 | 4 | Sobral & Brake | 02/05/01 | SLMM | 00 00 | 1,000.00 | 0.00 | 12/31/10 | 1,000.00 | 0.00 | 100.00% |
| 000005 | 000 | 5 | Gear hobb | 02/28/01 | SLMM | 00 00 | 5,353.50 | 0.00 | 12/31/10 | 5,353.50 | 0.00 | 100.00% |
| 000006 | 000 | 6 | Dyno Room Equip | 02/28/04 | SLMM | 00 01 | 1,617.84 | 0.00 | 12/31/10 | 1,617.84 | 0.00 | 100.00% |
| 000007 | 000 | 7 | Forklift & verticall | 02/28/01 | SLMM | 00 00 | 1,925.00 | 0.00 | 12/31/10 | 1,925.00 | 0.00 | 100.00% |
| 000008 | 000 | 8 | Lathe & Hoist | 03/12/01 | SLMM | 00 00 | 6,750.00 | 0.00 | 12/31/10 | 6,750.00 | 0.00 | 100.00% |
| 000009 | 000 | 9 | Shibaura | 03/12/01 | SLMM | 00 00 | 3,000.00 | 0.00 | 12/31/10 | 3,000.00 | 0.00 | 100.00% |
| 000010 | 000 | 10 | Lathe | 03/19/01 | SLMM | 00 00 | 4,595.63 | 0.00 | 12/31/10 | 4,595.63 | 0.00 | 100.00% |
| 000011 | 000 | 11 | Welding machine | 04/12/01 | SLMM | 00 00 | 3,753.72 | 0.00 | 12/31/10 | 3,709.02 | 44.70 | 98.81% |
| 000012 | 000 | 12 | Unknown Equipmo | 07/27/01 | SLMM | 00 00 | 1,191.53 | 0.00 | 12/31/10 | 1,191.53 | 0.00 | 100.00% |
| 000013 | 000 | 13 | Dynomometer | 09/04/01 | SLMM | 00 00 | 35,000.00 | 0.00 | 12/31/10 | 33,333.34 | 1,666.66 | 95.24% |
| 000014 | 000 | 14 | Salt Fog Testing N | 04/01/04 | SLMM | 00 03 | 1,167.00 | 0.00 | 12/31/10 | 1,111.47 | 55.53 | 95.24% |
| 000015 | 000 | 15 | Salt Fog Machine | 07/28/04 | SLMM | 00 07 | 2,085.80 | 0.00 | 12/31/10 | 1,911.98 | 173.82 | 91.67% |
| 000016 | 000 | 16 | Pizza Oven | 08/30/04 | SLMM | 00 08 | 2,265.00 | 0.00 | 12/31/10 | 1,955.00 | 210.00 | 90.48% |
| 000017 | 000 | 17 | Shibaura Machinir | 11/03/04 | SLMM | 00 10 | 29,725.29 | 0.00 | 12/31/10 | 25,832.70 | 3,892.59 | 86.90% |
| 000023 | 000 | 23 | Pressure Washer | 02/01/05 | SLMM | 01 01 | 1,610.86 | 0.00 | 12/31/10 | 1,361.55 | 249.31 | 84.52% |
| 000024 | 000 | 24 | Shibaura Machine | 05/15/05 | SLMM | 01 04 | 8,380.47 | 0.00 | 12/31/10 | 6,784.19 | 1,596.28 | 80.95% |
| 000025 | 000 | 25 | Furnaces (2) | 04/05/05 | SLMM | 01 03 | 3,232.50 | 0.00 | 12/31/10 | 2,655.29 | 577.21 | 82.14% |
| 000026 | 000 | 26 | Projector | 04/12/05 | SLMM | 01 03 | 1,177.48 | 0.00 | 12/31/10 | 967.21 | 210.27 | 82.14% |
| 000027 | 000 | 27 | Shibaura CNC Ma | 07/01/05 | SLMM | 01 06 | 5,665.96 | 0.00 | 12/31/10 | 4,404.68 | 1,201.28 | 78.57% |
| 000029 | 000 | 29 | Shibaura Design l | 09/01/05 | SLMM | 01 08 | 3,250.50 | 0.00 | 12/31/10 | 2,476.59 | 773.91 | 76.19% |
| 000030 | 000 | 30 | Saw Tool | 09/09/05 | SLMM | 01 08 | 1,054.83 | 0.00 | 12/31/10 | 803.68 | 251.15 | 76.19% |
| 000031 | 000 | 31 | Programmable Rob | 04/17/06 | SLMM | 02 04 | 12,300.00 | 0.00 | 12/31/10 | 8,199.99 | 4,100.01 | 66.67% |
| 000035 | 000 | 35 | 21" Lathe | 03/12/09 | SLMM | 05 02 | 2,000.00 | 0.00 | 12/31/10 | 523.82 | 1,476.18 | 26.19% |
| | | | | | | | **Class = FF** | | | | | |
| | | | Less disposals and transfers | | | | | | | | | |
| | | | Count = 1 | | | | (1,925.00) | 0.00 | | (1,925.00) | 0.00 | 100.00% |
| | | | Net Subtotal | | | | $ 145,868.54 | | | $ 129,389.64 | $ 16,478.90 | |
| | | | Count = 25 | | | | $ 143,943.54 | $ 0.00 | | $ 127,464.64 | $ 16,478.90 | 88.55% |
| **Class = VE** | | | | | | | | | | | | |
| 000020 | 000 | 20 | Truck | 01/03/01 | SLMM | 00 00 | $ 6,995.00 | $ 0.00 | 12/31/10 | $ 6,995.00 | $ 0.00 | 100.00% |
| 000021 | 000 | 21 | Truck | 03/17/04 | SLMM | 00 00 | 750.00 | 0.00 | 12/31/10 | 750.00 | 0.00 | 100.00% |
| 000022 | 000 | 22 | Truck | 03/17/04 | SLMM | 00 00 | 1,000.00 | 0.00 | 12/31/10 | 1,000.00 | 0.00 | 100.00% |
| 000036 | 000 | 36 | Forklift - Toyota | 01/27/09 | RemVl | 03 00 | 9,643.63 | 0.00 | 12/31/10 | 3,857.46 | 5,786.17 | 40.00% |

## Fasteel Corporation
### Net Book Value Report

Book = Internal
FYE Month = December

| Sys No | Ext | Co Asset No | Description | In Svc Date | Depr Meth | Rem Life | Basis | (-) Salvage Value | Thru Date | Current Accum Depreciation | (=) Net Book Value | Pct Dep |
|--------|-----|-------------|-------------|-------------|-----------|----------|-------|-------------------|-----------|----------------------------|--------------------|---------|
| **Class = VE** | | | | | | | | | | | | |
| 000037 | 000 | 37 | Forklift - Nissan | 01/27/09 | RemVl | 03 00 | 9,643.62 | 0.00 | 12/31/10 | 3,857.45 | 5,786.17 | 40.00% |
| | | | | | **Class = VE** | | $ 28,032.25 | $ 0.00 | | $ 16,459.91 | 11,572.34 | 58.72% |
| | | | | | Less disposals and transfers | | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00% |
| | | | | | **Net Subtotal** | | $ 28,032.25 | $ 0.00 | | $ 16,459.91 | $ 11,572.34 | 58.72% |
| | | | | | Count = 5 | | | | | | | |
| | | | | | **Grand Total** | | $ 188,431.14 | $ 0.00 | | $ 160,379.90 | $ 28,051.24 | 85.11% |
| | | | | | Less disposals and transfers | | (1,925.00) | 0.00 | | (1,925.00) | 0.00 | 100.00% |
| | | | | | **Net Grand Total** | | $ 186,506.14 | $ 0.00 | | $ 158,454.90 | $ 28,051.24 | 84.96% |
| | | | | | Count = 36 | | | | | | | |

---

**Report Assumptions**

Report Name: Net Book Value
Source Report: -Standard Report-

Calculation Assumptions:
Include Sec 168 Allowance & Sec 179: No

Group/Sorting Criteria:
Group = All FAS Assets
Include Assets that meet the following conditions:
All FAS Assets
Sorted by: Class (with subtotals), System No, Extension